JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESSE LLOYD HALL, | No. ED CV 11-00609-MMM (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| L.S. McEWEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: December 11, 2015

_____
MARGARET M. MORROW
United States District Judge